CR 26-86 NEB/JFD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 245(b)(1)(B) |
| v. | ) | 18 U.S.C. § 113(a)(5) |
| | ) | 18 U.S.C. § 2 |
| (1) CHRISTOPHER JOSIH OSTROUSHKO, | ) | |
| | ) | |
| (2) PAIGE MARIE OSTROUSHKO, | ) | |
| | ) | |
| (3) DEYANNA MARIE OSTROUSHKO, | ) | |
| | ) | |
| Defendants. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Interference with Federally Protected Activity)

On or about April 11, 2026, in the State and District of Minnesota, the

defendants,

**CHRISTOPHER JOSIH OSTROUSHKO AND
PAIGE MARIE OSTROUSHKO**

did by force or threat of force willfully injure, intimidate, and interfere with, and

attempt to injure, intimidate, and interfere with the rights of another, because she

was and had been participating in or enjoying a benefit, service, privilege, program,

facility, and activity provided or administered by the United States, which did result

in bodily injury, all in violation of Title 18 United States Code, Section 245(b)(1)(B).

## COUNT 2
(Assault)

On or about April 11, 2026, in the State and District of Minnesota, and within

SCANNED
APR 2 8 2026 CK
U.S. DISTRICT COURT MPLS

*United States v. Ostroushko et. al*

the exterior boundaries of federal property owned by the General Services Administration and Department of Veterans Affairs, the defendant,

## CHRISTOPHER JOSIH OSTROUSHKO

did aid and abet the assault of, and aided and abetted by others, did assault Victim 1 in violation of Title 18, United State Code, Sections 113(a)(5) and 2.

### COUNT 3
(Assault)

On or about April 11, 2026, in the State and District of Minnesota, and within the exterior boundaries of federal property owned by the General Services Administration and Department of Veterans Affairs, the defendant,

## PAIGE MARIE OSTROUSHKO

did aid and abet the assault of, and aided and abetted by others, did assault Victim 1 in violation of Title 18, United State Code, Sections 113(a)(5) and 2.

### COUNT 4
(Assault)

On or about April 11, 2026, in the State and District of Minnesota, and within the exterior boundaries of federal property owned by the General Services Administration and Department of Veterans Affairs, the defendant,

## DEYANNA MARIE OSTROUSHKO

did aid and abet the assault of, and aided and abetted by others, did assault Victim 1 in violation of Title 18, United State Code, Sections 113(a)(5) and 2.

*United States v. Ostroushko et. al*

A TRUE BILL

_____                    _____
UNITED STATES ATTORNEY                                    FOREPERSON

3