UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-86 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (1) CHRISTOPHER JOSIH OSTROUSHKO, | ) ) | **ORDER** |
| (2) PAIGE MARIE OSTROUSHKO, | ) | |
| (3) DEYANNA MARIE OSTROUSHKO, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Government's Motion to Unseal the Indictment in this case. NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted.

Dated: April 29, 2026          *s/David T. Schultz*
                               DAVID T. SCHULTZ
                               United States Magistrate Judge