UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cr-86 (NEB/JFD)

**MEET AND CONFER STATEMENT**

---

Counsel for Defendant held a telephonic meet-and-confer with counsel for the government on September 27, 2026, during which they discussed Defendants' Motion to Dismiss for Selective and Vindictive Prosecution. Counsel for the government indicated that they object to the Motion.

Respectfully submitted,

Dated: September 28, 2026

s/ *Kevin C. Riach*

Kevin C. Riach
Attorney ID No. 389277
THE LAW OFFICE OF KEVIN C. RIACH
125 Main St. SE, Suite 339
Minneapolis, MN 55414
Phone: 612-203-8555

**ATTORNEY FOR DEFENDANT**