IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v. CRIMINAL NO. 26cr86 NEB/JFD

CHRISTOPHER OSTROUSHKO,
DEYANNA OSTROUSHKO, and
PAIGE OSTROUSHKO,

Defendants.

**CERTIFICATION OF THE ACTING ATTORNEY GENERAL**

I, Todd Blanche, Acting Attorney General, hereby certify that in my judgment, prosecution by the United States of CHRISTOPHER OSTROUSHKO, DEYANNA OSTROUSHKO, and PAIGE OSTROUSHKO for violating Title 18, United States Code, § 245, on or about April 11, 2026, is in the public interest and is necessary to secure substantial justice. This certification is made pursuant to Title 18, United States Code, § 245.

Signed this 27th day of April, 2026.

Todd Blanche
Acting Attorney General

SCANNED
SEP 29 2026
U.S. DISTRICT COURT MPLS

RECEIVED
SEP 29 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA