UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-86 (NEB/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) CHRISTOPHER JOSIAH OSTROUSHKO,<br>(2) PAIGE MARIE OSTROUSHKO,<br>(3) DEYANNA MARIE OSTROUSHKO,<br><br>Defendants. | **UNITED STATES' RESPONSE TO DEFEDANTS' MOTION FOR BILL OF PARTICULARS** |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Nicholas Grey, Special Assistant United States Attorneys, hereby respond to defendants' Motion for Bill of Particulars. ECF No. 53.

The United States has conferred with the defendants on resolving this motion without adjudication. The parties have agreed that the following particulars supplied by the United States will resolve the motion:

*1. For each defendant, which specific act or acts constituted a use or threat of force;*

The U.S. contends that the specific acts for purposes of 18 U.S.C. § 245 are captured in the video footage provided in discovery, with the exception of instances where Chirstopher and Deyanna Ostroushko were pressing up

against the Victim as they were arguing with her, shortly before the Victim was shoved. These include video files:

a) 070A-MP-4227922_0000007_1A0000006_0000003.mp4
b) 2026-04-11_16-45-40_Whipple_fight_video.mp4
c) 2026-04-11_17-31-21_After_fight_video_part_1.mp4
d) Savanah_Hernandez_X.mp4
e) DrDankenstein42069_IG.mp4
f) Hernanbez_video_(4).mp4
g) Fight_video_(1).mp4
h) Fight Video 1.mp4
i) Fight Video 2.mp4
j) 38_Street_Media_FB.mp4
k) Video Apr 11 2026, 1 37 37 PM.mov
l) Video Apr 11 2026, 1 40 39 PM.mov
m) Video Apr 11 2026, 1 42 13 PM.mov
n) Video Apr 11 2026, 1 46 53 PM.mov
o) Video Apr 11 2026, 1 47 44 PM.mov
p) Video Apr 11 2026, 1 48 59 PM.mov

*2. Each specific "benefit, service, privilege, program, facility, [or] activity" that the government contends that "she was and had been participating in or enjoying" within the meaning of 18 U.S.C. § 245(b)(1)(B);*

The U.S. contends that the Victim was denied the use of a federal facility, specifically the street, sidewalk, and parking lot in front of the Whipple Federal Building at Fort Snelling.

*3. For each benefit, service, privilege, program, facility, or activity identified, the department, agency, or other entity of the United States that the government contends "provided or administered" it;*

The U.S. contends that the street, sidewalk, and parking lot in front of the Whipple Federal Building at Fort Snelling are owned by the United States and administered by the Veterans Administration and General Services Administration.

*4. The defendant or defendants whose conduct allegedly caused the bodily injury.*

The U.S. contends both Christopher and Paige caused bodily injury for purposes of 18 U.S.C. § 245.

Dated: Oct 20, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Nicholas R. Grey*
BY: NICHOLAS R. GREY
Special Assistant U.S. Attorney
Attorney ID No. 283780CA