UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Christopher Ostroushko, *et al.*

Defendants.

Court File No. 26-cr-86 (NEB/JFD)

**MOTION TO SUPPLEMENT THE RECORD ON DEFENDANTS' MOTION TO DISMISS FOR VINDICTIVE PROSECUTION**

Defendants filed their joint Motion to Dismiss for Vindictive Prosecution on September 27, 2026. ECF 55. The Court set the "under advisement date" for this Motion as November 16, 2026, to allow the government to submit grand jury materials and related exhibits for the Court's review. ECF 72. Defendants have recently learned additional information relevant to their Motion and, given that the Motion has not yet been taken under advisement, respectfully request that the Court supplement the record to include this information. "Granting a motion to supplement the record is proper where the additional information is relevant and not previously available." *United States v. Wuori*, No. CR 12-26 (JRT/JSM), 2024 WL 4063478, at *2 (D. Minn. Sept. 5, 2024).

Specifically, Defendants have recently learned that the pleadings in the civil lawsuit filed against them by the alleged victim in this case, Savanah Hernandez, were apparently ghostwritten by Senior Counsel at the Republican National Committee. *See* Declaration of Kevin C. Riach, ¶ 2, Exs. 1-6. The RNC lawyer who apparently drafted these pleadings –

James Hasson – has not appeared as counsel of record in that case. Instead, Ms. Hernandez purports to be represented in that case by private counsel Jesse Franklin-Murdock.

However, metadata from the pleadings filed in *Hernandez v. Ostroushko*, including the Complaint (Ex. 1), Memorandum Opposing Defendants Motion to Stay (Ex. 2), Stipulation (Ex. 3), Proposed Order on Stipulation (Ex. 4), Word Count Certificate (Ex. 5), and even the Declaration of Jesse Franklin-Murdock (Ex. 6), show that Mr. Hasson authored the pleadings.[1]

Mr. Hasson has served as Senior Counsel and "Head of Litigation" at the Republican National Committee since April 2026. Riach Dec. Ex. 8. In that role, he "direct[s] the RNC's nationwide legal strategy and oversee[s] all litigation involving the Committee and its interests." Riach Dec. Ex. 8; *see also* Riach Dec. Ex. 9 (signing letter from RNC Counsel's Office as "Senior Counsel").

The evidence that Mr. Hasson ghost-wrote the civil pleadings against Defendants is relevant to their Motion to Dismiss this case. It reinforces that this is a political prosecution, with its tendrils stretching not just to the White House but also to senior counsel at the RNC. Not only did the highest-ranking members of the Trump Administration, including Kash Patel, Todd Blanche, Harmeet Dhillon, and Vice President Vance make public statements about prosecuting the Ostroushkos, but the civil pleadings filed against them were apparently ghostwritten by a Republican party lawyer whose salary is paid for with political contributions. This supplementary evidence adds to and provides context for the

[1] Mr. Franklin-Murdock appears to have prepared some of the exhibits filed in the case but nothing else, according to the metadata. *See* Riach Dec. Ex. 7.

other evidence of vindictive political prosecution set forth in Defendants' Motion to Dismiss.

Because this evidence is relevant to Defendants' Motion, Defendants respectfully request that the Court grant their Motion to Supplement the Record with the Declaration of Kevin C. Riach and its attached exhibits, and to consider these materials in deciding Defendants' Motion to Dismiss.[2]

Respectfully submitted,

November 16, 2026

*/s/ Kevin C. Riach*
Kevin C. Riach (#389277)
LAW OFFICE OF KEVIN C. RIACH, PLLC
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
**ATTORNEY FOR DEFENDANT DEYANNA OSTROUSHKO**

*/s/ Thomas H. Shiah*
Thomas H Shiah (#100365)
LAW OFFICES OF THOMAS H. SHIAH, LTD.
331 Second Avenue South
Suite 705
Minneapolis, MN 55401
612-338-0066
Fax: 612-341-0116
Email: ths@tomshiah.com
**ATTORNEY FOR DEFENDANT CHRISTOPHER OSTROUSHKO**

[2] Defendants have met and conferred with the government, which stated it did not take a position on the Motion to Supplement the Record at this time, but wanted to review the filed motion and exhibits before taking a position.

/s/ *Amy S. Conners*
Amy Slusser Conners (#387375)
BEST & FLANAGAN
60 South 6th Street
Suite 2700
Minneapolis, MN 55402
612-339-7121
Email: aconners@bestlaw.com
**ATTORNEY FOR DEFENDANT PAIGE OSTROUSHKO**