UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Christopher Ostroushko, *et al.*

Defendants.

Court File No. 26-cr-86 (NEB/JFD)

**DECLARATION OF KEVIN C. RIACH**

I, Kevin C. Riach, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney representing Defendant Deyanna Ostroushko in this matter.

2. On November 10, 2026, I examined the metadata for the pleadings in *Hernandez v. Ostroushko, et al.*, Case No. 26-cv-2517 (JMB/DLM), and learned that they had been authored by attorney James Hasson, who currently serves as Senior Litigation Counsel at the Republican National Committee. *Hernandez* is the civil case brought against the Ostroushkos by the alleged victim in this case, Savanah Hernandez.

3. Attached as Exhibit 1 to this Declaration is a true and correct copy of a screenshot of the metadata from the Complaint filed by Plaintiff in *Hernandez v. Ostroushko, et al.*, Case No. 26-cv-2517 (JMB/DLM), as ECF 1.

4. Attached as Exhibit 2 to this Declaration is a true and correct copy of a screenshot of the metadata from the Memorandum Opposing Defendants' Motion to Stay

filed by Plaintiff in *Hernandez v. Ostroushko, et al.*, Case No. 26-cv-2517 (JMB/DLM), as ECF 27.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of a screenshot of the metadata from a Stipulation filed by Plaintiff in *Hernandez v. Ostroushko, et al.*, Case No. 26-cv-2517 (JMB/DLM), as ECF 9.

6. Attached as Exhibit 4 to this Declaration is a true and correct copy of a screenshot of the metadata from a Proposed Order filed by Plaintiff in *Hernandez v. Ostroushko, et al.*, Case No. 26-cv-2517 (JMB/DLM), as ECF 10.

7. Attached as Exhibit 5 to this Declaration is a true and correct copy of a screenshot of the metadata from a Word Count Certificate filed by Plaintiff in *Hernandez v. Ostroushko, et al.*, Case No. 26-cv-2517 (JMB/DLM), as ECF 27-1.

8. Attached as Exhibit 6 to this Declaration is a true and correct copy of a screenshot of the metadata from the Declaration of Jesse Franklin-Murdock filed in *Hernandez v. Ostroushko, et al.*, Case No. 26-cv-2517 (JMB/DLM), as ECF 28.

9. Attached as Exhibit 7 to this Declaration is a true and correct copy of a screenshot of the metadata from an Exhibit to the Declaration of Jesse Franklin-Murdock filed by Plaintiff in *Hernandez v. Ostroushko, et al.*, Case No. 26-cv-2517 (JMB/DLM), as ECF 28-7.

10. Attached as Exhibit 8 to this Declaration is a true and correct copy of James Hasson's LinkedIn page as of November 16, 2026.

11. Attached as Exhibit 9 to this Declaration is a true and correct copy of a November 3, 2026 letter from the Republican National Committee Counsel's Office purportedly signed by James F. Hasson as "Senior Counsel."

Dated: November 16, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#389277)
RIACH LAW PLLC
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachlaw.com
**ATTORNEY FOR DEFENDANT DEYANNA OSTROUSHKO**