Document Properties

Description | Security | Fonts | Initial View | Custom | Advanced

Description

File: 101111567068

Title:

Author: James Hasson

Subject:

Keywords:

Created: 5/6/2026 3:49:14 PM

Additional Metadata...

Modified: 11/10/2026 9:59:15 AM

Application: Microsoft® Word for Microsoft 365

Advanced

PDF Producer: Microsoft® Word for Microsoft 365; modified using iText® Core 7.2.6 (production version)

PDF Version: 1.7 (Acrobat 8.x)

Location: C:\Users\Kevin Riach\OneDrive - RIACHDEFENSE\Ostroushko\

File Size: 1.53 MB (1,603,827 Bytes)

Page Size: 8.50 x 11.00 in

Number of Pages: 28

Tagged PDF: Yes

Fast Web View: No

Help | OK | Cancel

3. Despite Hernandez's attempt to deescalate and avoid the particularly hostile individuals, matters escalated, and several of the protesters, including Chris, DeYanna, and Paige Ostroushko, violently attacked Hernandez, blowing loud whistles in her ears,

EXHIBIT 1