CASE 0:26-cv-02517-JMB-DLM Doc. 27 Filed 09/28/26 Page 1 of 18

SAVA

v.

CHRI
DEYA
PAIG

NDUM
ON TO
STAY

Document Properties

Description | Security | Fonts | Initial View | Custom | Advanced

Description

File: 101111793992

Title:

Author: James Hasson

Subject:

Keywords:

Created: 9/28/2026 10:19:39 AM

Modified: 11/10/2026 10:00:44 AM

Application: Microsoft® Word for Microsoft 365

Additional Metadata...

Advanced

PDF Producer: Microsoft® Word for Microsoft 365; modified using iText® Core 7.2.6 (production version)

PDF Version: 1.7 (Acrobat 8.x)

Location: C:\Users\Kevin Riach\OneDrive - RIACHDEFENSE\Ostroushko\

File Size: 410.36 KB (420,205 Bytes)

Page Size: 8.50 x 11.00 in    Number of Pages: 18

Tagged PDF: Yes    Fast Web View: No

Help    OK    Cancel

EXHIBIT 2