

Document Properties

Description | Security | Fonts | Initial View | Custom | Advanced

**Description**

File: 101111608693

Title:

Author: James Hasson

Subject:

Keywords:

Created: 6/1/2026 6:03:55 AM

Modified: 11/16/2026 6:39:34 PM

Application: Microsoft® Word for Microsoft 365

Additional Metadata...

**Advanced**

PDF Producer: Microsoft® Word for Microsoft 365; modified using iText® Core 7.2.6 (production version)

PDF Version: 1.7 (Acrobat 8.x)

Location: C:\Users\Kevin Riach\OneDrive - RIACHDEFENSE\Ostroushko\

File Size: 108.31 KB (110,911 Bytes)

Page Size: 8.50 x 11.00 in — Number of Pages: 1

Tagged PDF: Yes — Fast Web View: No

Help | OK | Cancel

EXHIBIT 4