Document Properties

Description | Security | Fonts | Initial View | Custom | Advanced

Description

File: 101111793993

Title:

Author: James Hasson

Subject:

Keywords:

Created: 9/28/2026 10:20:57 AM

Modified: 11/16/2026 6:41:50 PM

Application: Microsoft® Word for Microsoft 365

Additional Metadata...

Advanced

PDF Producer: Microsoft® Word for Microsoft 365; modified using iText® Core 7.2.6 (production version)

PDF Version: 1.7 (Acrobat 8.x)

Location: C:\Users\Kevin Riach\OneDrive - RIACHDEFENSE\Ostroushko\

File Size: 151.15 KB (154,781 Bytes)

Page Size: 8.50 x 11.00 in

Number of Pages: 2

Tagged PDF: Yes

Fast Web View: No

Help | OK | Cancel

EXHIBIT 5