Document Properties

Description | Security | Fonts | Initial View | Custom | Advanced

**Description**

| | |
|---|---|
| File: | 101111794007 |
| Title: | |
| Author: | James Hasson |
| Subject: | |
| Keywords: | |
| Created: | 9/28/2026 10:22:37 AM |
| Modified: | 11/16/2026 6:48:54 PM |
| Application: | Microsoft® Word for Microsoft 365 |

Additional Metadata...

**Advanced**

| | | | |
|---|---|---|---|
| PDF Producer: | Microsoft® Word for Microsoft 365; modified using iText® Core 7.2.6 (production version) | | |
| PDF Version: | 1.7 (Acrobat 8.x) | | |
| Location: | C:\Users\Kevin Riach\OneDrive - RIACHDEFENSE\Ostroushko\ | | |
| File Size: | 178.95 KB (183,241 Bytes) | | |
| Page Size: | 8.50 x 11.00 in | Number of Pages: | 3 |
| Tagged PDF: | Yes | Fast Web View: | No |

Help | OK | Cancel

identifying information, but it is otherwise true and correct.

EXHIBIT 6