Document Properties

Description | Security | Fonts | Initial View | Custom | Advanced

Description

File: 101111794014

Title:

Author: Jesse Franklin-Murdock

Subject:

Keywords:

Created: 9/28/2026 11:10:58 AM

Additional Metadata...

Modified: 11/16/2026 6:51:05 PM

Application: Microsoft® Word for Microsoft 365

Advanced

PDF Producer: Microsoft® Word for Microsoft 365; modified using iText® Core 7.2.6 (production version)

PDF Version: 1.7 (Acrobat 8.x)

Location: C:\Users\Kevin Riach\OneDrive - RIACHDEFENSE\Ostroushko\

File Size: 721.21 KB (738,515 Bytes)

Page Size: 8.50 x 11.00 in    Number of Pages: 2

Tagged PDF: No    Fast Web View: No

Help    OK    Cancel

EXHIBIT 7