# James Hasson · 3rd

Attorney, Author

Republican National Committee · University of Virginia School of Law

Washington, District of Columbia, United States · Contact info

500+ connections

Message + Follow ···

## Activity

+ Follow

627 followers

**James has no recent posts**

Recent posts James shares will be displayed here.

Show all →

## Experience

**Senior Counsel**

Present

Republican National Committee

Apr 2026 - Present · 8 mos

Washington, District of Columbia, United States

Head of Litigation – Direct the RNC's nationwide legal strategy and oversee all litigation involving the Committee and its interests.

EXHIBIT 8

**Associate**
Consovoy McCarthy PLLC
Aug 2020 - Apr 2026 · 5 yrs 9 mos
Washington D.C.

-Represent parties in high-stakes litigation over Constitutional and federal law matters at the district court, appellate, and Supreme Court ... more

**Associate**
Sidley Austin LLP
Sep 2019 - Aug 2020 · 1 yr
Washington D.C.

-Represented clients in commercial and appellate litigation, administrative law matters, and white collar investig... more

**Judicial Law Clerk to Hon. Edith H. Jones**
U.S. Court of Appeals for the Fifth Circuit
Aug 2018 - Aug 2019 · 1 yr 1 mo
Houston, Texas, United States

**Summer Associate**
Sidley Austin LLP
May 2017 - Aug 2017 · 4 mos
Washington D.C.

Drafted Supreme Court amicus brief and appellate briefs on Constitutional and statutory law issues, researched statutory and case law, and drafted memos about discrete issues of state and federal law.

Show all →