REPUBLICAN NATIONAL COMMITTEE

★ ★ ★

# COUNSEL'S OFFICE

November 3, 2026

**Via Electronic Mail**

Re: Clerks' Constitutional Obligation to Permit Split-Ticket Voting

Dear Michigan County Clerks:

We have received credible reports from across Michigan that election inspectors are telling voters that, if they vote a straight party ticket, they may not cross over and vote for a candidate from the other party.

As you know, that is false. The Michigan Constitution expressly permits voters to select the straight party option but then cast votes for individual candidates of a different party. See MI Const. Art II, Section 4(1)(c).

As a clerk, it is your obligation to administer this election in accordance with state law and the Michigan Constitution. The Secretary of State has been notified and has taken steps to address this issue. The RNC is monitoring this issue in real time, and we are prepared to take whatever actions are necessary to protect Michiganders' rights to vote for the candidates of their choosing.

Sincerely,

*Luke Bunting*
Luke Bunting
Election Integrity Counsel
Republican National Committee

*James F. Hasson*
James F. Hasson
Senior Counsel
Republican National Committee

EXHIBIT 9