UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

Christopher Ostroushko, *et al.*

Defendants.

Court File No. 26-cr-86 (NEB/JFD)

**NOTICE OF WITHDRAWAL OF MOTION TO SUPPLEMENT**

---

On November 16, 2026, Defendants filed a Motion to Supplement the Record on their Motion to Dismiss with information regarding apparent ghost-writing of pleadings by an RNC lawyer in a parallel civil case, based on the metadata in those pleadings. *See* ECF 73.

On November 17, 2026, the government provided Defendants' counsel a sworn declaration from a lawyer in the civil case indicating that the RNC lawyer was not involved in drafting those pleadings, and that the metadata listing the RNC lawyer as the author of those documents derived from the use of a shell pleading from another, unrelated case. Based on the representations in this declaration, Defendants hereby withdraw their Motion to Supplement the Record.

Respectfully submitted,

November 17, 2026

*/s/ Kevin C. Riach*
Kevin C. Riach (#389277)
LAW OFFICE OF KEVIN C. RIACH, PLLC
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
**ATTORNEY FOR DEFENDANT DEYANNA OSTROUSHKO**

*/s/ Thomas H. Shiah*
Thomas H Shiah (#100365)
LAW OFFICES OF THOMAS H. SHIAH, LTD.
331 Second Avenue South
Suite 705
Minneapolis, MN 55401
612-338-0066
Fax: 612-341-0116
Email: ths@tomshiah.com
**ATTORNEY FOR DEFENDANT CHRISTOPHER OSTROUSHKO**

/s/ *Amy S. Conners*
Amy Slusser Conners (#387375)
BEST & FLANAGAN
60 South 6th Street
Suite 2700
Minneapolis, MN 55402
612-339-7121
Email: aconners@bestlaw.com
**ATTORNEY FOR DEFENDANT PAIGE OSTROUSHKO**